**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 31 MAL 2020

       Respondent       :

                                            :   Petition for Allowance of Appeal

                                            :   from the Order of the Superior Court

           v.                             :

                                            :

RAFAEL SAEZ,                         :

                                            :

          Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.